UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. MJ26-177 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| ANDREINA DEL CARMEN HERNANDEZ, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Offenses charged:

   1.  Sex Trafficking Conspiracy

Date of Detention Hearing:   March 23rd, 2026.

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

      FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

      1.     Defendant is charged with conspiring to commit sex trafficking.  The alleged

DETENTION ORDER
PAGE -1

conspiracy is multi-state in nature, involving Washington and New York. Defendant has strong ties to Venezuela, where she grew up and where her parents and sibling still reside. The nature of the charges are extremely serious - Defendant is alleged to be a key member of the conspiracy, monitoring websites to identify and connect clients with trafficking victims, arrange for transfer of payments and report the misbehavior of the victims to other members of the conspiracy for punishment. Further, Defendant and has allegedly been in contact with the leader of the conspiracy since his arrest, which further demonstrates ongoing danger to the community. Defendant poses a risk of flight and a danger to the community because of her minimal ties to the District, the strong ties to Venezuela, and the nature of the charges.

2. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending transfer to the Southern District of New York, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

DETENTION ORDER
PAGE -2

4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 24th day of March, 2026.

S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3